IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES A. RUFAI, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. |
| | : 1:18-CV-2830-CC |
| GUIDED THERAPEUTICS, INC. and GPB DEBT HOLDINGS II, LLC, | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Final Report and Recommendation (the "R&R") [Doc. No. 74] issued by Magistrate Judge Catherine M. Salinas on December 17, 2019. Magistrate Judge Salinas recommends that the Court grant Guided Therapeutics, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 64] and GPB Debt Holdings II, LLC's Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 66]. Magistrate Judge Salinas further recommends that Plaintiff's Amended Complaint [Doc. No. 61] be dismissed with prejudice. While no objections to the R&R have been filed, Defendants Guided Therapeutics, Inc. and GPB Debt Holdings II, LLC each have filed responses to the R&R asserting that Plaintiff's Amended Complaint should be dismissed on additional grounds, which they raised in their respective motions but which Magistrate Judge Salinas did not address in the R&R.

After carefully reviewing the R&R, the underlying motions, and Plaintiff's Amended Complaint, the Court finds that the R&R is correct both in fact and in law and that it was and is not necessary to address the additional grounds for dismissal. Accordingly, the Court **ADOPTS** the R&R [Doc. No. 74] as the opinion of this Court and **ORDERS** that Guided Therapeutics, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 64] and GPB Debt Holdings II, LLC's Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 66] are **GRANTED**. Plaintiff's Amended Complaint [Doc. No. 61] is hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED this 7th day of January, 2020.

                                              *s/ CLARENCE COOPER*
                                              CLARENCE COOPER
                                              SENIOR UNITED STATES DISTRICT JUDGE