UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Charles A. Rufai,<br>   Plaintiff,<br><br>vs.<br><br>Guided Therapeutics, Inc.,<br>GPB Debt Holdings II LLC,<br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-2830-CC |

## J U D G M E N T

This action having come before the Court, Honorable Clarence Cooper, United States District Judge, for consideration of the Magistrate Judge's final report and recommendation, and having adopted said report, and having previously dismissed with prejudice claims against defendants Gene Cartwright, Michael James, John Imhoff, Linda Rosenstock, Jonathan Niloff, and Evan Myrianthopoulos with prejudice, it is

**Ordered and Adjudged** that Plaintiff's amended complaint be **DISMISSED** with prejudice and this action be dismissed.

Dated at Atlanta, Georgia, this 8th day of January, 2020.

                JAMES N. HATTEN
                CLERK OF COURT

              By: __s/Brenda Hambert_____
                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 8, 2020
James N. Hatten
Clerk of Court

By: __s/Brenda Hambert_____
    Deputy Clerk